THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Markei Robinson,       
Appellant
 
 
 

Appeal From Richland County
Henry F. Floyd, Circuit Court Judge

Unpublished Opinion No. 2005-UP-094
Submitted February 1, 2005  Filed February 8, 2005 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Appellant, Markei Robinson, 
 was indicted for and convicted of one count of first-degree burglary and one 
 count of second-degree burglary.  The trial judge sentenced Robinson to concurrent 
 terms of thirty years on the first-degree burglary charge and fifteen years 
 on the second-degree burglary charge.  Robinsons counsel attached to the brief 
 a petition to be relieved as counsel, stating that she had reviewed the record 
 and concluded this appeal lacks merit.  Robinson has filed a separate pro 
 se brief.  We dismiss pursuant to Anders v. California, 386 U.S. 
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  
 Counsels petition to be relieved is granted.1
 APPEAL DISMISSED.  
GOOLSBY, HUFF, and STILWELL, JJ., concur.

 
 1 We decide this case without oral argument pursuant 
 to Rule 215, SCACR.